**No. 09-8682. John L. Lotter, Petitioner v. Nebraska.**

559 U.S. 1014, 130 S. Ct. 1900, 176 L. Ed. 2d 378, 2010 U.S. LEXIS 2732.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 278 Neb. 466, 771 N.W.2d 551.